IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 1 8 2011
CHRIS R. JOHNSON, CLERK
BY                 
DEPUTY CLERK

| | |
|---|---|
| KATIE THOMAS, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| | ) CASE NO.: 11-4027 |
| V. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| DEFENDANT | ) |

## COMPLAINT

Comes now Katie Thomas, Plaintiff and for her cause of action states unto the court as follows:

1. Plaintiff is a resident of Miller County, Arkansas. Her late husband, James Thomas, was a resident of Miller County, Arkansas. This court has jurisdiction pursuant to 28 U.S.C. 2681, *et. seq.* (the Federal Tort Claims Act).

2. Plaintiff is the surviving spouse and brings this wrongful death action pursuant to ACA 16-62-102(d)(1) for the wrongful death of her husband on behalf of herself only.

3. Plaintiff's late husband, James Thomas, was a patient suffering from cardiovascular diseases. He had been under the care and treatment of Defendant's VA Medical Facilities, especially the VA hospital at Overton Brooks Medical Center in Shreveport, Louisiana.

4. In 2006 the VA physicians at Overton Brooks VAMC became aware Mr. Thomas had a pre-existing cardiovascular disease. He had been placed on anti-coagulant medicines, such as Coumadin, by his private cardiologist. The physician at Overton Brooks Hospital in 2006, that was treating the deceased, Dr. Virginia Small, elected to take Mr. Thomas off of his Coumadin therapy regimen in spite of the fact he had had a history of cerebral vascular accidents and cardiovascular disease and suffered from cardiomyopathy.

5. Despite the knowledge the VA physicians had of the deceased veteran's fragile cardio-vascular health Mr. Thomas was taken off Coumadin in spite of the therapeutic benefits to him. But for Mr. Thomas being taken off the Coumadin, the deceased would have survived and be living today, in all likelihood.

6. The VA medical treatment given Mr. Thomas deviated from the applicable standard of care at the VA Medical Center in Overton Brooks in the following particulars, to wit:

    a. It failed to seriously consider the deceased's outside medical treatment sources' and records, especially from his cardiovascular physician, Dr. Echols;

    b. It failed to consider the standard protocol for taking someone off of Coumadin who had severe life-threatening cardiovascular diseases and the consequences of doing so;

    c. It failed to adhere to the proper medical standard in removing a patient off Coumadin therapy, especially given Mr. Thomas' severe cardiovascular disorder, and;

    d. It failed to recognize the deceased was in severe distress and suffering from cardiovascular disease and such information was fully available to the VA physicians at the time in 2006.

7. As a direct result of this deviation from the appropriate standard of care by the removal of the Coumadin therapy this constituted the sole proximate cause of the deceased's untimely demise.

8. The Plaintiff filed an administrative claim with the Department of Veterans Affairs by filing the appropriate Standard Form 95 (copy of which is attached hereto as Exhibit A) together with appropriate documents which were submitted at that time and a later date. Subsequent to the submission of those

documents, further medical evidence and medical opinions were submitted primarily pertaining to the veteran's treatment at the hands of the VA medical personnel.

9. The claim was initially administratively denied on or about the 31st day of August, 2009 as evidenced by Exhibit B, attached hereto.

10. Plaintiff timely sought an administrative review on September 10, 2009 (Exhibit C). Defendant was allowed six (6) months in which to re-evaluate the claim or the claim would be deemed as denied. Said six (6) months have now expired.

11. Plaintiff brings this action on behalf of herself, as she is the surviving widow of the deceased, James Thomas. Marilyn Ratcliff is the sole offspring of James Thomas but has disclaimed any interest in his estate or this wrongful death proceeding as evidenced by the attached statement - Exhibit D.

13. Plaintiff seeks judgment against the United States of America in the sum of $1,000,000.00 for the wrongful death of James Thomas and for all other just and proper relief to which she may be entitled.

Respectfully submitted,

James W. Stanley, Jr. ABN 75124  
Attorney for Plaintiff  
917 West Markham, Suite A  
Little Rock, AR  72201